# EXHIBIT 1

-------------------------------------------------------------

* Affidavit of Barry Seinfeld

* Affidavit of Marcia Seinfeld

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARRY SEINFELD AND MARSHA SEINFELD | § § § | |
| v. | § § | CASE NO. |
| ALLIED VAN LINES, INC. | § § | 3:19-cv-00849-S |

**Affidavit of Barry Seinfeld**

State of ~~Texas~~ FLORIDA §
§
County of SARASOTA §

Before me, the undersigned authority, personally appeared **Barry Seinfeld**, who, being by me duly sworn, deposed as follows:

My name is **Barry Seinfeld**. I am over the age of eighteen years, am of sound mind and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

On May 26th, July 13th, and August 10th, 2017, we sent to Allied Claim Service our proof of loss. (See attached as Exhibit A and Exhibit B is a copy of what was mailed.

This proof of loss was all they said they needed and included all the information they told us they needed, which included the damaged property and the costs for replacement or repair of the damaged property. Allied then asked to come out and inspect the damaged and destroyed property. We allowed Allied access to all the property and they did not come out.

*Barry Seinfeld*
Barry Seinfeld, Defendant

SUBSCRIBED and sworn to, on this the day of 24 October, 2019, before me, the undersigned notary public, personally appeared **Barry Seinfeld** known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he is the Plaintiff in the above-styled and numbered cause, and on **his** oath stated that said statements are within **his** personal knowledge and true and correct.

*Katherine Bulra*
Notary Public in and for the State of ~~Texas~~ FLORIDA
My Commission Expires: Feb 13 2023

KATHERINE BUMBERA
Notary Public - State of Florida
Commission # GG 301524
My Comm. Expires Feb 13, 2023
Bonded through National Notary Assn.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARRY SEINFELD AND MARSHA SEINFELD | § § § | |
| v. | § § | CASE NO. |
| ALLIED VAN LINES, INC. | § | 3:19-cv-00849-S |

**Affidavit of Marcia Seinfeld**

State of ~~Texas~~ FLORIDA    §
                              §
County of SARASOTA            §

Before me, the undersigned authority, personally appeared **Marcia Seinfeld**, who, being by me duly sworn, deposed as follows:

My name is **Marcia Seinfeld**. I am over the age of eighteen years, am of sound mind and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

On May 26th, July 13th, and August 10th, 2017, we sent to Allied Claim Service our proof of loss. (See attached as Exhibit A and Exhibit B is a copy of what was mailed.

This proof of loss was all they said they needed and included all the information they told us they needed, which included the damaged property and the costs for replacement or repair of the damaged property. Allied then asked to come out and inspect the damaged and destroyed property. We allowed Allied access to all the property and they did not come out.

_Marcia Seinfeld_
**Marcia Seinfeld, Defendant**

SUBSCRIBED and sworn to, on this the 24 day of October, 2019, before me, the undersigned notary public, personally appeared **Marcia Seinfeld** known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she is the Plaintiff in the above-styled and numbered cause, and on **her** oath stated that said statements are within **her** personal knowledge and true and correct.

_Katherine Bumbera_
Notary Public in and for the State of ~~Texas~~ FLORIDA
My Commission Expires: Feb 13, 2023

KATHERINE BUMBERA
Notary Public - State of Florida
Commission # GG 301524
My Comm. Expires Feb 13, 2023
Bonded through National Notary Assn.