# EXHIBIT 2

--------------------------------------------------------

* Receipt

* List

**Receipt 1 (top):**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7014 3456 0001 1831 0129

FORT WAYNE, IN 46801
Certified Mail Fee: $3.35
Postage: $6.65
Total Postage and Fees: $12.75

Sent To: Allied Claim Services Dept
PO Box 988
Fort Wayne IN 46801

Postmark: SARASOTA MAIN OFFICE, MAY 26 2017, USPS 34230

**Receipt 2 (middle left):**

U.S. Postal Service™ Signature Confirmation™ Receipt

SIGNATURE CONFIRMATION NUMBER
2315 0710 0000 1086 1642

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To:
ALLIED
4828 KROEMER
46818

Postmark: SARASOTA, FL MAIN OFFICE, JUL 13 2017, USPS - 34230

POSTAL CUSTOMER:
Keep this receipt. For inquiries, access internet web site at www.usps.com® or call 1-800-222-1811.

☒ Priority Mail® Service
☐ First-Class Mail® parcel
☐ Standard Post™
☐ Package Services

PS Form 153, July 2013

**Receipt 3 (middle right):**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7017 0190 0000 8977 9850

FORT WAYNE, IN 46801
Certified Mail Fee: $3.35
Extra Services & Fees:
☐ Return Receipt (hardcopy): $0.00
☐ Return Receipt (electronic): $0.00
☐ Certified Mail Restricted Delivery: $0.00
☐ Adult Signature Required: $0.00
☐ Adult Signature Restricted Delivery: $

Postage: $0.70
Total Postage and Fees: $7.01

Sent To: Allied Coleman
PO Box 988
Fort Wayne IN

Postmark: SARASOTA MAIN OFFICE, 08/10/2017

PS Form 3800, April 2015

**Receipt 4 (bottom):**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7016 3560 0001 4829 9370

AUSTIN, TX 78701
Certified Mail Fee: $3.35
Extra Services & Fees:
☐ Return Receipt (hardcopy): $0.00
☐ Return Receipt (electronic): $0.00
☐ Certified Mail Restricted Delivery: $0.00
☐ Adult Signature Required: $0.00
☐ Adult Signature Restricted Delivery: $0.00

Postage: $0.49
Total Postage and Fees: $3.84

Sent To:
Street and Apt. No., or PO Box No.:
City, State, ZIP+4®:

Postmark: SARASOTA FL MAIN OFFICE, 08/10/2017, USPS 34230

PS Form 3800, April 2015

| Item | Damage | Original Cost | Repair Cost | Replacement Cost |
|---|---|---|---|---|
| Huge Unit Antique | Broken and Missing Parts | $18,000.00 | | |
| chandeliers x 2 | Missing Parts Cracked Broken | $75,000.00 | | |
| 2 Gold Leaf Pictures frames broke oil damaged | | $10,000.00 | | |
| Tables x 4 Lost Leg Brass Inlay Damaged | | $20,000.00 | | |
| Ralph Lauren Mirror | The carving was damaged | 10,000.00 | | |
| Rug | Torn and Pulled Patterns | $10,000.00 | | |
| Cocktail Table Oval Antique | Leg Broked Marble Cracked | $12,000 | | |
| Lamp Crystals | Crystals Cracked | $8,000.00 | | |
| Lamp Crystals | Crystals Cracked | $8,000.00 | | |
| Antique bowls, ash tray etc | Broken | $9,000.00 | | |
| Bronze Chandelier | Missing Parts Cracked Broken | $10,000.00 | | |
| Ralph Lauren Table | Missing Legs and Top of Table | $15,000.00 | | |
| Ralph Lauren Unit | Missing Complete Piece of Unit | $30,000.00 | | |
| Ralph Lauren Rug | Run that stretch the length of rug | $10,000.00 | | |
| Wood Antique Marble Server | Missing glass shelves damaged | $6,000.00 | | |
| Gold Leaf Mirror | Gold Leaf scratched Off | $20,000.00 | | |
| Baby Blue Antique Server | Top of Console Cracked Marble | $8,500 | | |
| Oil Painting | Dmaged Canvas | $6,000.00 | | |
| Oil Painting | Canvas Scratced | $10,000.00 | | |
| Antique Crystal Lamps x 2 | Missing crystals and broken | $6,000.00 | | |
| Ralph Lauren Marble Table | Cracked Marble | $12,000.00 | | |
| Blue Vase | Broken | $500.00 | | |
| Antique Table 8 Chairs | Pieces missing | $10,000.00 | | |
| Entry Chandelier | Broken Parts and Missing Parts | $25,000.00 | | |
| Entry Chandelier | Broken Parts and Missing Parts | $25,000.00 | | |
| Cane Chairs Dining Room x2 | Cane was damaged casters broke | $18,000.00 | | |
| Ralph Lauren Bed | Scratched | $10,000.00 | | |
| Ralph Lauren Bed End Chests x2 | Scratched | $8,000.00 | | |
| Over Bed Oil Painted | Frame Damage | $5,000.00 | | |
| White Ceramic Gold Mirror | Scratched | $5,000.00 | | |
| Hall Antique Gold Mirror x 2 | Broken Parts Missing Parts | $2,500.00 | | |
| Lamps x 2 | Broken Parts Missing Parts | $3,500.00 | | |
| Needle Peint Chair | Leg Broken Fell Apart | $2,500.00 | | |
| Leather Chair | Leather Ripped | $8,500.00 | | |
| Oil Paintings x 4 | Oil was damaged oisters broke | $8,000.00 | | |
| Over Bed Painting Jason | Over was damaged oysters broke | $4,500.00 | | |
| Planter | Broken | | | |
| Glass Tumbler | Broken | | | |
| Pink Lamps | Broken | | | |
| Cocktail Glass | Broken | | | |
| Glass Decantur | Broken | | | |
| Match Co Broken Vase | Broken | | | |
| Match Co Salt Shaker | Broken | | | |
| Limoge Plates x 5 | Broken | | | |
| Match Co Salt Mill | Broken | | | |
| Baccarat Wine Decantur | Broken | | | |
| Limoge Coffe Cup x6 | Broken | | | |
| Gold Candle Stick | roken | | | |
| Candle Holder | Broken | | | |
| Tea Cup | Broken | | | |
| Coffee Cup | Broken | | | |
| Saucer | Broken | | | |
| Mattresses x2 Queen | Dmaged | | | |

53